# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONELLO BOLDRINI | : | |
| Plaintiffs | : | C.V. No. 3:13-02896 |
| v. | : | |
| FREDERICK J. AMMERMAN et al., | : | FILED SCRANTON |
| Defendants, | : | SEP 19 2014 |
| | | PER ____ DEPUTY CLERK |

## BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OF 8/21/2014 ORDER DENYING PLAINTIFF'S MOTION NUNC PRO TUNC FOR LEAVE TO FILE OBJECTION TO REPORT & RECOMMENDATION

Plaintiff Antonello Boldrini ("Boldrini") respectfully present to the Court this Brief in Support of Motion for Reconsideration of Hon. Judge Caputo Order of August 21, 2014 denying Motion Nunc Pro Tunc For Leave To File Objection to Report & Recommendation and in support states the follows;

1. This civil action was filed on November 27, 2013

2. On April 10, 2014 Magistrate Blewitt filed Report and Recommendation suggesting to dismiss and close the case based on the previous cases Boldrini seeking to Object properly waiting for answer from his request of March 24, 2014 to the PSP

1

Right To Know Office, had requested to this Court for extension of time waiting for prove.

    3. The Court give several extension up to July 7, 2014 as last extension;

4. On July 7, 2014 Boldrini filed a further request for extension that was denied.

5. On July 14, 2014 immediately filed the Objection to Report & Recommendation.

6. On July 28, 2014 filed Motion to extend time to file Brief in Support of Objection to Report & Recommendation ( "R. & R.") filed on July 14, 2014.

7. On July 30, 2014 the Court denied the July 28, 2014vMotion and said also that the Objection was filed late as July 14, 2014 because the last date was non renewable as July 07, 2014.

8. On August 14, 2014 Boldrini filed Motion Nunc Pro Tunc For Leave To File Objection to Report & Recommendation.

9. On August 22, 2014 Boldrini received a denied order date 8-21-2014 of the above last Motion Nunc Pro Tunc.

10. On September 5, 2014 Plaintiff filed the Motion for Reconsideration of the Order (Doc.23) denying the Motion Nunc Pro Tunc.

The purpose of this Boldrini's Motion for Reconsideration is to correct manifest errors of law AND is to correct fact AND to present newly discovered evidence. *See Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985). A judgment may be altered or amended if the party seeking reconsideration establishes at least one of the following:"**an** intervening change in controlling law; the availability of **New evidence** that was not available when the court granted the motion for summary judgment; **OR** the need to correct a clear error of law **OR** fact **OR** to prevent manifest injustice." *Max's Seafood Café, by Lou–Ann, Inc.,v.Quinteros*,176 F.3d 669, 677(3d Cir. 1999).

## ARGUMENT

### FURTHER NEW EVIDENCE

Boldrini presents to the court "thirty one" new evidence (31) for this case. The new evidence in the light of the PSP Affidavit dated July 24, 2014 and in the light of the PSP's letters filed in this Motion (Doc.24) of September 5, 2014 will prove that the Defendants in did engaged in official misconduct and maliciously abused process in conspiracy and produced false documents coercing Boldrini and this Court decision.

The Manifest Injustice it is evident by compare the Statement of the PSP Right To Know Law office said the Boldrini has been never charged with felonies as instead reported falsely by the new evidence filed here today and reason of decision generated by the Report & Recommendation of April 10, 2014.

The new evidence shoes the 3 judges committed Treasons, fraud, extortion & coercion in court in conspiracy with Boldrini's lawyers & others defendants that kidnapped him to produce a false arrest and false proceeding in disregard of the truth.

Further, current conspiracy to cover-up the truth by counterfeit officials Docs by Delaware, Luzerne and Clearfield Counties tampering with Boldrini record in violation of 18 U.S.C. # 1512, to prevent Boldrini to succeeds in his Federal action.

Boldrini's related case 3:11-cv-1771 is now before the U. S. 3d Cir. of Appeal case 14-2735 were Plaintiff seeking relief from judgment that prevent him to proceed with his action for the recovery of damages pursuant 42 USC 1983 and 1985.

## NEW EVIDENCE:

Exhibit 1)   August 13, 2013 Affidavit by Union County Clerk of the Court; Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 2)   August 13, 2013 Affidavit by Bradford County Clerk of The Court; Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 3)   Boldrini's CHRI 12/31/2011 Last Update   9/16/2010; Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 4)   September 3, 2013 Boldrini expunged CHRI first seen.

Exhibit 5)   18 Pa. C.S.A. # 9122,(b) (ii) "Expungement only for summary offense";

Exhibit 6)  March 18, 2010 Clearfld/Luzerne Inter-County Case Transfer Route Slip;
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 7)  March 8, 2010 Alleged original alleged ARD Order before the 3/16/2010;
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 8)  March 8, 2010 $.20,000 check paid in Clearfield court that day as ransom;
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 9)  March 8, 2010 at 02: 27 p.m. $.20,000 receipt N. 17-20-R3921Ad. Prob.
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 10) March 8, 2010 Clfd Adult Prob. to pay $ 1,500 month, 3year; DNA; ARD;
Boldrini Due Process Was violated by Defendants in conspiracy

Exhibit 11) Moses only condition to pay $20,000 in front at time/ entry.Cpr/Ferr./Cat;
Boldrini Due Process Was violated by Defendants in conspiracy

Exhibit 12)  Moses 3/10/2010 confirmation letter that order was Exhibit.(7);
Boldrini Due Process Was violated by Defendants in conspiracy

Exhibit 13)  Boldrini Probation Luzerne Co. for 18- 3922-A3; CHRI 102 p. 8of 14;
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 14)  Boldrini CHRI 12/31/2011 picture 12/17/2008 chart 6 of Pa CSA 9101;
Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 15)  Boldrini CHRI 12/31/2011 p.9 of 14: Update data 2/14/2011 Green Card:

Exhibit 16)  Boldrini CHRI 12/31/2011 was obtained by Pa SP. Central Repository
And showed an arrest from 1987 October 12, Subjected to FBI.

Exhibit 17) Moses letter 10/25/2011 appl.For expungement 12/01/2011 Expun/Order;
 Proof conspiracy between Moses and the Defendants Shaw Cortez;
 Form Pa.R.of Crim.P. 234 Rule 790 (A)(3) (A)(2)(g)
 Boldrini due process was violated by Moses in Conspiracy with Shaw
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 18) September 3, 2013 Luzerne County Docket show that 8 felonies and
 Final issuing authority  MDJ Patrick N. Ford
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 19) February 1, 2010 Clearfield County Adult Probation letter threats;
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 20) June 22, 2011 alleged Order of termination of alleged Probation;
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 21) Dec.16, 2008 George W. Hill Correctional Facility Intake Form;
 Prove of Kidnapping, Terroristic Attack in international Airport.
 Violation of the 4th. 5th. 6th. 8th. 14th. rights in violation with 18 USC 1201:
 Boldrini due process was violated by Strohl in Conspiracy with Ponce;

Exhibit 22) Dec. 17, 2008, Kangaroo Court acted outside the Judicial System
 Prove of Kidnapping, Terroristic Attack in international Airport.
 Violation of the 4th. 5th. 6th. 8th. 14th. rights in violation with 18 USC 1201:
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 23) April 04/2013, Strohl Kangaroo Court acting in Conspiracy with Ford,
 Ponce, PASP, to Cover-up Kidnapping violation of the 4th. 5th. 6th. 8th. 14th.
 rights in violation. False Arraignment; False Arrest; conspiracy with Ford;
 Violation of Miranda rights act of terrorism; false declaration on arresting
 officer is a man not a woman (Rebecca); Refused requests for counsel;
 Arraignment on 12/17/2008, at 10:00 a.m. in Lima Pa  MDJ 32-2-48.
 Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 24)   MDJ 46-3-01   false papers by Ford of 8;  False certification of complaint Signed on 10/07/2008 Conspiracy between Ford Ponce Sughrue Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 25)   Doc.43 and Doc. 8, exhibit # 1Ponce Complaint was never sealed by MDJ Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 26)   Boldrini's lawyers conspiracy letters Doc. 102-2 filed 3/14/2003 pp.5,6; Sughrue letter of 12/23/2008 spoke with Defendant Ponce in Conspiracy; Boldrini due process was violated by Sughrue in Conspiracy with Ponce; Conspiracy of Sughrue with Scott Cline Clfd Co. Adult Probation;1/09/09 MDJ/ Sughrue/ Cline/ DA/ Ponce/ Took Boldrini Passport as hostage and Detained him in probation without due process violating 4th. 5th. 6th. 8th. & 14th. rights with no authorization of the law as kangaroo court;

Exhibit 27)   Boldrini's lawyers conspiracy letters Doc. 102-3 filed 3/14/2003 pp.2,3,4, Obstruction justice, fraud, tempering with victim; Sughrue in conspiracy. Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 28)   Sughrue in Conspiracy with Defendants and treason judge Ford of the MDJ 46-3-01 Kangaroo court made coercive Boldrini to not defend him self because he was ready to win at the higher court and confirmed that at the false preliminary h. by sign notice of arraignment and disappeared. Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 29)   MDJ Ford Docket Printout of 12/15/2013 intentional maintained on line to support the conspiracy and confuse the Federal Courts showing Boldrini Allegedly accused of 9 Nine Charges no more 8. All screwed up. Ford said preliminary hearing on 12/17/2008 at 10:30 a.m. was at MDJ-46-3-01 when Boldrini instead was at MDJ 32-2-48 and no advance technology communication were used at the false kangaroo arraignment. All alleged charges are listed under the 18 # 4107 # A2 & 18# 3922 #A1. MDJ Ford showed false disposition that never existed on Boldrini's CHRI; Accordingly to the BS expungement all these should not be expunged. Violation currently yet of Boldrini's 4th. 5th. 6th. 8th. 14th. rights to U.S.Con.

Exhibit 30)   Luzerne County Other false paper dated 8/13/2013 of a different Docket Showing live conspiracy as 8/13/2013 to sustain false impressions and Showing 8 felonies. Luzerne County is in full conspiracy with the Defendant and we know already that this county is corrupted but they never will forget this one. MDJ Patrick Ford is identified as final issuing and Peter Moses is listed as my lawyer when was not at MDJ 46-3-01. Boldrini Due Process Was violated by Defendants in conspiracy;

Exhibit 31)   MDJ 46-3-01 Printout on 2/ 10/ 2014 from Pa judicial web site, showing that the charge in that Court went from 8 to 9 and now is only 2 because District Attorney Shaw with his lawyer Green they tampering with official Information as they play with this court. So as you can see showing two alleged charges as 18 # 3922#A1 & 18 # 4107 # A2. OTN: 813K125-5 Boldrini Due Process Was violated by Defendants in conspiracy;

However Boldrini Expunged OTN:K813125-5 initiated falsely by Ponce and MDJ Ford on December 17, 2008 has been expunged by Luzerne County non related to any false charges because never recorded with CHRI so they created as new evidence N.13 Boldrini's March 16, 2012 CHRI was Expungement due probation in Luzerne county related to 18-3922- A3 that As nothing to do with any false charged under the other numbers;

Boldrini was never charged and never been under the ARD.

Boldrini Termination of the case that never existed terminated in his favor and he should be no barred from bringing this 3:11-1771 action to trial and this Court should grant relief from 12/27/2012 judgment.

Exhibit 32)   PSP Right To Know Law Office Mr. W. Rozier Affidavit July 24, 2014- stating that Boldrini was never charged with felonies and a warrant for his arrest has never existed against him.

ARGUMENT.   The exhibit 32 prove that all the other exhibits are the proofs that the Defendants did violated Boldrini's rights and will be manifest injustice by this court to dismiss this action denying motion Nunc pro Tunc to file Objection to R & R.

8

WHEREFORE, Plaintiff respectfully requests that the Motion Nunc Pro Tunc be granted so he can be able to file Objection to Report and Recommendation.

Respectfully submitted

*[signature]*

Antonello Boldrini (pro-se)
81 Frothingham Street
Pittston, PA 18640
boldriniantonello@yahoo.com
Ph. 570-262-5207

September 19, 2014